**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6011

STEVEN LOUIS BARNES, a/k/a Steve, a/k/a Big Man,

Plaintiff – Appellant,

v.

CAROL G. THUEME, Court Reporter; COURT ADMINISTRATION OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Richard Mark Gergel, District Judge.  (5:13-cv-02349-RMG)

Submitted:  February 27, 2014          Decided:  March 5, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Louis Barnes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Louis Barnes appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barnes v. Thueme, No. 5:13-cv-02349-RMG (D.S.C. Oct. 25 & Dec. 2, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED